```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION


UNITED STATES OF AMERICA        :

vs.                             :    PETTY OFFENSE NO. 19-0008-M
                                     Violation No(s): 7799852
AMAL L. SAMY                    :
```

## ORDER

Defendant Amal L. Samy appeared for the Central Violation Bureau (CVB) docket with retained counsel, Larry Seiter.  The United States of America was represented by Assistant United States Attorney Michael Anderson.  Mr. Anderson made an oral motion to dismiss Violation No. 7799852 for it charged Defendant with sexual abuse pursuant to 18 USC Section 2242, which is a felony, and the CVB docket is only for petty offenses and misdemeanors, not felonies.  The motion was **GRANTED,** the violation was **DISMISSED** as requested, without prejudice, and Defendant Amal L. Samy was **DISCHARGED.**  The Government will review the case and decide whether to otherwise proceed.

DONE this 13th day of November, 2019.

                              s/ BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE